UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| LUCAS HOLLAND, | : | CASE NO. 4:20-CV-01136 |
| | : | |
| Plaintiff, | : | OPINION & ORDER |
| | : | [Resolving Doc. 16] |
| v. | : | |
| | : | |
| WARDEN MARK K. WILLIAMS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

*Pro* se Petitioner Lucas Holland brought this emergency habeas corpus petition due to a COVID-19 outbreak at FCI Elkton, where Holland was then incarcerated.[1] The Court denied that petition without prejudice citing Petitioner's failure to properly exhaust his claim.[2] The Court later granted Petitioner's request to reopen the case.[3]

On July 26, 2021 Magistrate Judge Carmen E. Henderson recommended dismissing Holland's petition without prejudice.[4] Because Holland's petition seeks injunctive relief against FCI Elkton and Holland is no longer incarcerated there,[5] Judge Henderson determined that Holland's complaint is moot.[6]

---

[1] Doc. 1.
[2] Doc. 8.
[3] Doc. 12.
[4] Doc. 16.
[5] Holland is incarcerated at Montgomery FPC in Alabama. *See* https://www.bop.gov/inmateloc/ Inmate number: 13306-025 (last visited Nov. 11, 2021). At the time Judge Henderson issued her opinion, Holland was incarcerated at FCI Ashland in Kentucky.
[6] Doc. 16.

Case No. 4:20-CV-01136
GWIN, J.

Because no party has objected to the Report and Recommendation, this Court may adopt the R&R without further review.[7] Moreover, having conducted its own review of the petition and record, the Court agrees with the legal conclusions in the R&R.

Accordingly, the Court DISMISSES Petitioner Holland's petition without prejudice.

IT IS SO ORDERED.

Dated: November 18, 2021      *s/    James S. Gwin*
                               JAMES S. GWIN
                               UNITED STATES DISTRICT JUDGE

---

[7] *Thomas v. Arn*, 474 U.S. 140, 149 (1985); L.R. 72.3(b).

- 2 -